# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INGRAM MICRO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MINDFUL ECYCLING LLC, <br><br> Defendant. | Civil Action No. 1:17-CV-02549-CC |

## OPINION AND ORDER

This matter is before the Court on Plaintiff /Counterclaim Defendant Ingram Micro, Inc.'s ("Ingram Micro") Third Motion *in Limine* to Bar Evidence and Testimony Regarding Ingram Micro's Ownership. The Court, being duly advised on the premises, now GRANTS said Motion.

The Court finds that any evidence or testimony concerning or related to the evidence demonstrating that Ingram Micro was acquired by a Chinese corporation, as well as Ingram Micro's size, wealth, assets, financial position or its ability to pay any judgment obtained by MeC in this case, should be excluded because 1) evidence demonstrating a company to be "foreign" or "Chinese" and 2) evidence indicating the size, wealth and ability to pay an adverse judgment is more prejudicial than

probative and due to its irrelevance. The Parties, counsel, and their witnesses may not refer to this evidence in the presence of the jurors or prospective jurors.

**SO ORDERED**, this 18th day of December, 2019.

*s/ CLARENCE COOPER*
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

Submitted by:

**LEWIS WAGNER, LLP**

*/s/ Aaron D. Grant*
A. Richard M. Blaiklock *
Indiana Bar No. 20031-49
Aaron D. Grant *
Indiana Bar No. 25594-59
* Admitted *pro hac vice*
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
Email: rblaiklock@lewiswagner.com
agrant@lewiswagner.com

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
Telephone: 404) 614-7400
Telecopier: (404) 614-7500

E-mail: canderson@hpylaw.com

*Attorneys for Plaintiff Ingram Micro, Inc.*