# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INGRAM MICRO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MINDFUL ECYCLING LLC, <br><br> Defendant. | Civil Action No. 1:17-CV-02549-CC |

## **OPINION AND ORDER**

This matter is before the Court on Plaintiff /Counterclaim Defendant Ingram Micro, Inc.'s ("Ingram Micro") Fourth Motion *in Limine* to Bar Evidence and Testimony Regarding Settlement Discussions. The Court, being duly advised on the premises, now GRANTS said Motion.

The Court finds inadmissible any evidence or testimony concerning or related to settlement discussions between the Parties and the contents of those discussions. The Parties, counsel, and their witnesses may not refer to this evidence in the presence of the jurors or prospective jurors.

**SO ORDERED**, this 18th day of December, 2019.

                *s/ CLARENCE COOPER*
                CLARENCE COOPER
                UNITED STATES DISTRICT JUDGE

Submitted by:

**LEWIS WAGNER, LLP**

*/s/ Aaron D. Grant*
A. Richard M. Blaiklock *
Indiana Bar No. 20031-49
Aaron D. Grant *
Indiana Bar No. 25594-59
* Admitted *pro hac vice*
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
Email: rblaiklock@lewiswagner.com
           agrant@lewiswagner.com

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
Telephone: 404) 614-7400
Telecopier: (404) 614-7500
E-mail: canderson@hpylaw.com

*Attorneys for Plaintiff Ingram Micro, Inc.*