# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

INGRAM MICRO, INC.,

    Plaintiff,

vs.

MINDFUL ECYCLING LLC,

    Defendant.

Civil Action No. 1:17-CV-02549-CC

## OPINION AND ORDER

This matter is before the Court on Plaintiff /Counterclaim Defendant Ingram Micro, Inc.'s ("Ingram Micro") Fifth Motion *in Limine* to Bar Evidence and Testimony Regarding the Truthfulness of Other Witnesses. The Court, being duly advised on the premises, now GRANTS said Motion.

The Court finds inadmissible any evidence or testimony concerning or related to whether a previous witness has testified truthfully. The Parties, counsel, and their witnesses may not refer to this evidence in the presence of the jurors or prospective jurors.

12778284v1

**SO ORDERED**, this 18th day of December, 2019.

                *s/ CLARENCE COOPER*
                CLARENCE COOPER
                UNITED STATES DISTRICT JUDGE

Submitted by:

**LEWIS WAGNER, LLP**

*/s/ Aaron D. Grant*
A. Richard M. Blaiklock *
Indiana Bar No. 20031-49
Aaron D. Grant *
Indiana Bar No. 25594-59
* Admitted *pro hac vice*
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Telephone:  (317) 237-0500
Facsimile:  (317) 630-2790
Email:      rblaiklock@lewiswagner.com
             agrant@lewiswagner.com

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
Telephone:  404) 614-7400
Telecopier:  (404) 614-7500
E-mail:     canderson@hpylaw.com

*Attorneys for Plaintiff Ingram Micro, Inc.*